**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BELFOR USA GROUP, INC. D/B/A** <br> **BELFOR PROPERTY RESTORATION** | **CIVIL ACTION NO. 3:20-cv-00096** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **DEMOCRACY PREP LOUISIANA** <br> **CHARTER SCHOOL (D/B/A** <br> **DEMOCRACY PREP BATON ROUGE** <br> **CHARTER SCHOOL); EAST BATON** <br> **ROUGE PARISH SCHOOL SYSTEM** | **MAG. JUDGE** <br> **RICHARD L. BOURGEOIS, JR.** <br><br> **PLAINTIFF REQUESTS JURY TRIAL** |

**MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS FILED BY EAST BATON ROUGE PARISH SCHOOL BOARD**

Belfor USA Group Inc., d/b/a Belfor Property Restoration ("Belfor"), moves the Court for leave to file this Surreply in Opposition to Motion to Dismiss Filed by East Baton Rouge Parish School Board. Belfor outlines its reasons for seeking in the attached Memorandum in Support of Motion for Leave to File Surreply. For the reasons stated in the attached memorandum, Belfor requests the Court grant this motion, and instruct the Clerk of Court to file the attached Surreply in Opposition to Motion to Dismiss Filed by East Baton Rouge Parish School Board in this matter.

Respectfully submitted:

**RIESS LEMIEUX, LLC**

By:   /s/ Christopher K. LeMieux
      Christopher K. LeMieux (La. Bar No. 27838)
      John W. Bihm (La. Bar No. 33012)
      Evian Mugrabi (La. Bar No. 37509)
      Riess LeMieux L.L.C.
      1100 Poydras Street, Suite 1100
      New Orleans, Louisiana 70163
      Telephone: (504) 581-3300
      Facsimile: (504) 581-3310
      *Attorneys for Plaintiff,*
      *Belfor Property Restoration*

## CERTIFICATE OF SERVICE

I electronically filed Belfor's Motion for Leave to file Surreply in Opposition to Motion to Dismiss Filed by East Baton Rouge Parish School Board with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, all of whom are presently using the CM/ECF system.

Defendants in this Second Amended Complaint have counsel already enrolled in the CM/ECF system for this matter who have agreed to accept service through said system.

                    /s/ Christopher K. LeMieux
                    Christopher K. LeMieux