## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **BELFOR USA GROUP, INC. D/B/A BELFOR PROPERTY RESTORATION** | **CIVIL ACTION NO. 3:20-cv-00096** |
| **VERSUS** | **JUDGE BRIAN A. JACKSON** |
| **DEMOCRACY PREP LOUISIANA CHARTER SCHOOL (D/B/A DEMOCRACY PREP BATON ROUGE CHARTER SCHOOL); EAST BATON ROUGE PARISH SCHOOL SYSTEM** | **MAG. JUDGE RICHARD L. BOURGEOIS, JR.** <br><br> **PLAINTIFF REQUESTS JURY TRIAL** |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO DISMISS FILED BY EAST BATON ROUGE PARISH SCHOOL BOARD

Belfor USA Group Inc., d/b/a Belfor Property Restoration ("Belfor"), submits this Memorandum in Support of its Motion for Leave to File a Surreply in Opposition to the Motion to Dismiss Filed by East Baton Rouge Parish School Board. Local rules require leave of court to file a surreply memorandum, which leave is within the sound discretion of the Court. Here, the School Board's reply memorandum cites summary-judgment caselaw as support for its argument that Belfor's factual allegations do not support a claim for relief; Belfor would like to shed light on that legal issue prior to oral argument, to protect its interests. In addition, since filing its original response/opposition, Belfor has drafted and filed (with leave of Court pending) a Second Amended and Restated Complaint due to new issues that came to light in the matter (e.g. the ownership of the Property as pointed out by the School Board's counsel) and additional facts learned in recent weeks; and this Surreply would allow reference to said Second Amended and Restated Complaint and hopefully make moot some of the arguments raised by the School Board and reduce future pleadings. For these reasons, Belfor requests the Court use its discretion to permit Belfor the fairness of filing a surreply to the School Board's motion to dismiss.

Respectfully submitted:

**RIESS LEMIEUX, LLC**

By:   */s/ Christopher K. LeMieux*
      Christopher K. LeMieux (La. Bar No. 27838)
      John W. Bihm (La. Bar No. 33012)
      Evian Mugrabi (La. Bar No. 37509)
      Riess LeMieux L.L.C.
      1100 Poydras Street, Suite 1100
      New Orleans, Louisiana 70163
      Telephone: (504) 581-3300
      Facsimile: (504) 581-3310
      ***Attorneys for Plaintiff,***
      ***Belfor Property Restoration***

## CERTIFICATE OF SERVICE

     I electronically filed Belfor's Memorandum in Support of Motion for Leave to File Surreply in Opposition to Motion to Dismiss Filed by East Baton Rouge Parish School Board with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, all of whom are presently using the CM/ECF system.

     Defendants in this Second Amended Complaint have counsel already enrolled in the CM/ECF system for this matter who have agreed to accept service through said system.

                                             /s/ Christopher K. LeMieux
                                             Christopher K. LeMieux